IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CYNTHIA WALLEN,** | : | |
| Plaintiff, | : | Case No.  3:07-cv-239 |
| -vs- | : | **District Judge Thomas M. Rose** |
| | | **Chief Magistrate Judge Michael R. Merz** |
| | : | |
| **MICHAEL ASTRUE,** | | |
| **COMMISSIONER OF** | : | |
| **SOCIAL SECURITY,** | | |
| | : | |
| Defendant. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 10, 2008, hereby ADOPTS said Report and Recommendations.

The Court accordingly finds that Plaintiff is not disabled and not entitled to benefits under the Act.  The Clerk shall enter judgment accordingly.

April 11, 2008                                                                s/THOMAS M. ROSE

                                                                                        _____
                                                                                                        Thomas M. Rose
                                                                                                United States District Judge